1500 ALLAIRE AVENUE, SUITE 101<br>
OCEAN, NJ 07712

**ALBERT J. RESCINIO**  732-531-2005
<u>MEMBER OF N.J. BAR</u>  FAX 732-531-8009
E-MAIL arescinio@rescinio.com

May 7, 2020

**Via E-Mail E-File Only**

Hon. Michael A. Ship, U.S.D.J.
United States District Court
Clarkson S. Fisher federal building & US Courthouse
402 E. State Street, Room 5000
Trenton, NJ 08608

    RE:    NEW JERSEY SECOND AMENDMENT SOCIETY V. PHILIP MURPHY, ET. AL.
              DOCKET NO.: 3:20-CV-05228-MAS-ZNQ
              MY FILE NO.: 4242

Dear Judge Shipp:

    In regards to the above-referenced matter, and pursuant to court order dated May 4, 2020, please accept this correspondence as joint correspondence from myself and Debra Hay, Esq. Deputy Attorney General, New Jersey Atty. Gen.'s office.

    We would propose, pursuant to the order, three dates and times for telephonic conference with Your Honor. Those dates and times would be Friday, May 8, at 2 PM, Monday, May 11, at 2 PM and Tuesday, May 12 at 2 PM.

    After you have had the opportunity to review would you please have your staff advise both myself and Ms. Hay.

    I do note for Your Honor that I have not heard from the New Jersey Press Association although proof of service has been filed with the court. However the relief requested on the Order to Show Cause, access electronically to the governors public schedule and access to the governors press conferences, is an issue which only relates to the Atty. Gen.'s office.

    Your kind courtesies are greatly appreciated.

                               Respectfully submitted,

                               *s/Albert Rescinio*

                               ALBERT J. RESCINIO, ESQ.

AJR/dk

cc:    NJ2AS via email only
        Deborah Hay, Esq. via e-mail at Deborah.Hay@law.njoag.gov