

Thomas J. Cafferty
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4863  Fax: (973) 639-6267
tcafferty@gibbonslaw.com

May 7, 2020

**Electronic Filing**

Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse – Room 7000
402 E. State Street
Trenton, NJ  08608

Re:   New Jersey Second Amendment Society v. Murphy, et al
      Docket No.: 3:20-CV-05228-MAS-ZNQ
      Our File No.: 110040.103304

Dear Judge Shipp:

In filing correspondence on behalf of NJPA earlier today, it came to my attention that Plaintiffs' counsel has suggested dates/times for a conference call with the Court. As noted in my earlier filed correspondence, I intend to discuss with NJPA whether it will accept service by email. As such, I am respectfully requesting that, if possible, the conference be scheduled on one of the two later dates suggested in Plaintiffs' correspondence, either Monday, May 11, 2020 at 2:00 p.m. or Tuesday, May 12, 2020 at 2:00 p.m.  I am available on both dates.

Thank you for your consideration.

Respectfully submitted,

s/Thomas J. Cafferty

THOMAS J. CAFFERTY

TJC/mlk

2796003.1 110040-103304