UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON               **DATE:** MAY 12, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**                **CIVIL ACTION #** 20-5228 (MAS)
NEW JERSEY SECOND AMENDMENT SOCIETY, et al
        vs.
GOVERNOR PHILIP MURPHY, et al

**APPEARANCES:**
Albert J. Rescinio, Esq. for Plaintiffs
Thomas J. Cafferty, Esq. and Nomi I. Lowy, Esq. for Defendant New Jersey Press Association
Deborah Hay, DAG for the State Defendants

**NATURE OF PROCEEDINGS:**
Telephone Conference held re: Plaintiffs' Application for an Order to Show Cause.
The parties shall meet and confer and submit a proposed briefing schedule by May 13, 2020 at 12:00 p.m.

Time Commenced:   2:02 PM
Time Adjourned:   2:12 PM
Total Time:           10 min

                                           s/ Gina Hernandez-Buckley
                                           **DEPUTY CLERK**