GURBIR S. GREWAL
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
25 Market Street; P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for State Defendants*,

By:    Deborah A. Hay
       Deputy Attorney General
       NJ Bar ID # 020522011
       (609) 376-2986
       Deborah.hay@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>PHILIP MURPHY, Governor of the State of New Jersey, et al.<br><br>        Defendants. | Civil Action<br><br>3:20-cv-05228-MAS-ZNQ<br><br>**JOINT SCHEDULING ORDER** |

**THIS MATTER** having been brought before the Court for entry of a Joint Scheduling Order, by Gurbir S. Grewal, Attorney General of New Jersey, with Deborah A. Hay, Deputy Attorney General, appearing for State Defendants; and with the consent of Albert J. Rescinio, Esq., attorney for the Plaintiffs; and also with consent of Thomas J. Cafferty, Esq., attorney for Defendant New Jersey Press Association; and upon good cause shown;

**IT IS ORDERED** on this ___ day of _____, 2020:

1) State Defendants' and Defendant New Jersey Press Association's Oppositions shall be submitted by May 27, 2020.

2) Plaintiff's Reply shall be submitted by June 10, 2020.

3) Any Sur-replies shall be submitted by State Defendants and Defendant New Jersey Press Association no later than June 17, 2020.

2831675.1 110040-103304

4) State Defendants' and Defendant New Jersey Press Association's time to move, answer or otherwise respond to the Complaint shall be extended until due <u>June 29, 2020</u>.

5) The additional emails identified by Plaintiff during the conference with the Court in this matter will be circulated to all Defendants by email on or before <u>May 13, 2020</u>.

**SO ORDERED.**

                                                        Hon. Michael A. Shipp, U.S.D.J.

The undersigned counsel hereby consent to the terms of the foregoing order:

**LAW OFFICES OF ALBERT J. RESCINIO, L.L.C.**

By: _____   DATED:
     Albert J. Rescinio, Esq.
     *Attorney for Plaintiffs*

**GIBBONS, P.C.**

*s/Thomas J. Cafferty*
By: _____   DATED:   May 13, 2020
     Thomas J. Cafferty, Esq.
     *Attorney for Defendant New Jersey Press Association*

GURBIR S. GREWAL
**ATTORNEY GENERAL OF NEW JERSEY**

*s/Deborah A. Hay*
By: _____   DATED:   May 13, 2020
     Deborah A. Hay
     Deputy Attorney General
     *Attorney for State Defendants*

2831675.1 110040-103304