**Law Offices of Albert J. Rescinio, L.L.C.**
**1500 Allaire Avenue - Unit #101**
**Ocean Township, New Jersey  07712**
**Telephone:    (732) 531-2005**
**Telefax:        (732) 531-8009**
**By:     Albert J. Rescinio, Esq. (ID#034331989)**
**Attorneys for Plaintiffs New Jersey Second Amendment Society and Alexander Roubian**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| **New Jersey Second Amendment Society, a not for profit corporation of the State of New Jersey, et al.,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **Philip Murphy, Governor of the State of New Jersey, et al.,** <br><br> *Defendants.* | **Civil Action No.3:20-CV-05228-MAS-ZNQ** |

### ORDER TO SHOW CAUSE
### (ENTERED BY CONSENT)

**THIS MATTER** having been opened to the Court by Albert J. Rescinio, Esq., attorney for Plaintiffs New Jersey Second Amendment Society and Alexander Roubian, and the Court having considered the papers, and for good cause shown;

**IT IS ON THIS 12ᵀᴴ DAY OF MAY, 2019,**

**ORDERED** that the Defendants named herein shall appear and show cause before the Court at the Court Room of the undersigned located at the Clarkson Fisher United States Court

House and Post Office, 402 East State Street, Trenton, New Jersey, *(\*) on a date and time to be fixed by the Court after submission of all briefs if oral argument is to be had* and then and there specifically Show Cause why the Court should not enter an Order granting Preliminary Injunctive Relief as follows:

**A.)** An Order preliminary restraining and enjoining Defendants from barring or otherwise in any way preventing Defendants New Jersey Second Amendment Society, Alexander Roubian, or anyone on behalf of the New Jersey Second Amendment Society from attending in person and asking questions and filming and / or audio recording the daily public press briefings held by Defendant Governor Philip Murphy on the issue of the COVID-19 Virus and the State's response, and preliminary restraining and enjoining Defendants from barring or otherwise in any way preventing Defendants New Jersey Second Amendment Society, Alexander Roubian, or anyone on behalf of the New Jersey Second Amendment Society  from attending in person and asking questions and filming and / or audio recording any other public press briefings held by Defendant Governor Philip Murphy, and preliminary restraining and enjoining Defendants from barring or otherwise in any way preventing Defendants New Jersey Second Amendment Society, Alexander Roubian, or anyone on behalf of the New Jersey Second Amendment Society  from having access to the web site portal for the Governor's Internet Daily Public Appearance and Press Schedule; and

**IT IS FURTHER ORDERED** that any Defendant wishing to be heard shall each have until close of business on **May 27, 2020** to file any written opposition with the Court which opposition shall be simultaneously served upon Plaintiffs' attorney; and

**IT IS FURTHER ORDERED** that Plaintiffs shall have until close of business on **June 10, 2020** to file any written reply to any opposition filed by the Defendants; and

**IT IS FURTHER ORDERED** that Defendants shall have until close of business on **June 17, 2020** to file any sur reply; and

**IT IS FURTHER ORDERED** that Defendants shall have until close of business on **June 29, 2020** to file answers; and

**IT IS FURTHER ORDERED** that the Court will, after receipt and review of all briefs once filed, further advise the parties as to whether oral argument will be held or whether the Court will rule on the papers.

_____
**HONORABLE MICHAEL SHIPP, U.S.D.J.**

**I hereby consent to the form and entry of the within Order to Show Cause (Entered by Consent).**

_____
**Albert J. Rescinio, Esq.**
**Attorney for Plaintiffs New Jersey First Amendment Society and Alexander Roubian**
**Dated: May 12, 2020**

**I hereby consent to the form and entry of the within Order to Show Cause (Entered by Consent).**

_____
**Deborah Hay, Deputy Attorney General**
**Attorney for Defendants Philip Murphy, New Jersey "Coronavirus Task Force", Gurbir S. Grewal and Colonel Patrick Callahan**
**Dated: May 12, 2020**

**I hereby consent to the form and entry of the within Order to Show Cause (Entered by Consent).**

_____
**Thomas J. Cafferty, Esq.**
**Attorney for Defendant New Jersey Press Association**
**Dated: May 12, 2020**