*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Director* |

deborah.hay@law.njoag.gov<br>NJ Bar ID: 020522011

June 4, 2020

**<u>Via ECF only</u>**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

  **Re:**  **New Jersey Second Amendment Society, et al. v. Murphy, et al.**
      **Docket No. 3:20-cv-05228**

Dear Judge Shipp:

  This Office represents State Defendants in the above referenced matter. I am writing to notify the Court that Plaintiffs and State Defendants have reached an agreement that renders Plaintiffs' Motion for Preliminary Injunctive Relief moot at this time. We are currently drafting a Proposed Consent Order which I hope to submit to the Court by the end of the day. In light of this agreement, State Defendants will not be filing opposition to the Plaintiffs' motion today, as it is moot.

  Thank you for your continued courtesies in this matter.

            Sincerely,

            **GURBIR S. GREWAL**
            **ATTORNEY GENERAL OF NEW JERSEY**

         By:  */s/ Deborah A. Hay*
            Deborah A. Hay, Deputy Attorney General

  cc: Thomas J. Cafferty, Esq. (via ECF)
    Albert J. Rescinio, Esq. (via ECF)

