

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

deborah.hay@law.njoag.gov
NJ Bar ID: 020522011

June 19, 2020

**Via ECF only**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   **Re:**  **New Jersey Second Amendment Society, et al. v. Murphy, et al.
      Docket No. 3:20-cv-05228**

Dear Judge Shipp:

  This Office represents State Defendants in the above referenced matter. Please find enclosed with this letter a proposed Consent Order. State Defendants will not be filing opposition to the Plaintiffs' motion for preliminary injunctive relief, as it is now moot.

  Thank you for your continued courtesies in this matter.

          Sincerely,

         **GURBIR S. GREWAL
         ATTORNEY GENERAL OF NEW JERSEY**

       By:  */s/ Deborah A. Hay*_____
         Deborah A. Hay, Deputy Attorney General

 cc. Thomas J. Cafferty, Esq. (via ECF)
   Albert J. Rescinio, Esq. (via ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3106 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*