**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
25 Market Street; P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for State Defendants*

By: Deborah A. Hay
Deputy Attorney General
NJ Bar ID # 020522011
(609) 376-2986
Deborah.hay@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP MURPHY, Governor of the State of New Jersey, et al.<br><br>Defendants. | Civil Action<br><br>3:20-cv-05228-MAS-ZNQ<br><br>**CONSENT ORDER** |

**THIS MATTER** having been brought before the Court for entry of a Consent Order, by Gurbir S. Grewal, Attorney General of New Jersey, with Deborah A. Hay, Deputy Attorney General, appearing for State Defendants; and with the consent of Albert J. Rescinio, Esq., attorney for the Plaintiffs; and upon good cause shown;

**IT IS ORDERED** on this _____ day of _____, 2020:

1) Plaintiffs' Motion for Preliminary Injunctive Relief is hereby **WITHDRAWN WITHOUT PREJUDICE**, specifically NJ2AS reserves the right to reopen its motion for preliminary injunctive relief, if necessary;

2) On June 19, 2020, State Defendants agree to:

   a. Include Plaintiffs in the email distribution from the Governor's Office at an email address of Plaintiffs' choosing and provide them with the same ability to manage email subscription preferences as all other recipients on the email distribution list and this access will continue as long as the distribution list is active.

   b. Provide Plaintiff Roubian with a State House Press Pass, which grants him the same access to the Governor's daily press briefings that is currently available to a member of the press who possesses a State House Press Pass and this access will continue until Plaintiff Roubian is advised by the Governor's Office that he and all current State House Press Pass holders must reapply for a State House Press Pass.

3) State Defendants' time to move, answer or otherwise reply to the Plaintiffs' Complaint is hereby extended sixty (60) days to August 28, 2020.

**SO ORDERED.**

_____
Hon. Michael A. Shipp, U.S.D.J.

The undersigned counsel hereby consent to the terms of the foregoing order:

LAW OFFICES OF ALBERT J. RESCINIO, L.L.C.

By: _____     DATED: 6/19/20
Albert J. Rescinio, Esq.
*Attorney for Plaintiffs*

**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**

By: _____  DATED: 6/19/20
Deborah A. Hay
Deputy Attorney General
*Attorney for State Defendants*