GIBBONS P.C.
Thomas J. Cafferty, Esq. (ID #283721972)
One Gateway Center
Newark, New Jersey  07102
973-596-4500
*Attorneys for Defendant New Jersey Press Association*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>MURPHY, et al.,<br><br>             Defendants. | Civil Action No. 3:20-CV-05228-MAS-ZNQ<br><br>Return Date: August 3, 2020<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT AGAINST NEW JERSEY PRESS ASSOCIATION |

TO:   Albert J. Rescinio, Esq.
      LAW OFFICES OF ALBERT J. RESCINIO, LLC
      1500 Allaire Avenue – Unit #101
      Ocean Township, New Jersey  07712
      732-531-2005
      arescinio@rescinio.com
      *Attorneys for Plaintiffs*

      Deborah A. Hay, Esq.,
      Deputy Attorney General
      State Police Employment and Corrections Section
      25 Market Street – 8th Floor – West Wing
      Trenton, NJ  08611
      Deborah.Hay@law.njoag.gov

**PLEASE TAKE NOTICE** that on August 3, 2020, or on a date and time to be set by the Court, Defendant, New Jersey Press Association ("NJPA"), by and through its attorneys, Gibbons P.C., shall move for a Motion to Dismiss Plaintiffs' Complaint.

2838862.1 110040-103304

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, NJPA shall rely upon the Brief submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

Dated:  June 29, 2020      By:      /s/Thomas J. Cafferty
Thomas J. Cafferty, Esq. (NJ Bar No. 4261)

GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
tcafferty@gibbonslaw.com
*Attorneys for Defendant, New Jersey Press Association*