

### State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

July 28, 2020

**Via ECF Only**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   Re: **New Jersey Second Amendment Society, et al. v. Murphy, et al.**
      **Docket No. 3:20-cv-05228**

Dear Judge Shipp:

  This office represents State Defendants in the above referenced matter. Pursuant to the Court's docket entry of July 24, 2020, Plaintiff's motion for partial summary judgement is returnable on August 17, 2020. Accordingly, Defendants understand their deadline to file a response to be August 3, 2020. Pursuant to L. Civ. R. 7.1(d)(5), Defendants ask the Court for an automatic adjournment of Plaintiff's motion for one cycle to September 8, 2020, making Defendants' deadline to file their papers August 25, 2020. The originally noticed motion day has not previously been extended or adjourned.

  Thank you for your attention to this matter.

           Respectfully submitted,

           GURBIR S. GREWAL
           ATTORNEY GENERAL OF NEW JERSEY

         By: /s/ Deborah A. Hay
           Deborah A. Hay
           Deputy Attorney General

cc: All Counsel of Record  **(Via ECF)**



124 HALSEY STREET • TELEPHONE: 973-648-3573 • FAX: 973-648-7782
*Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*