

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

August 27, 2020

**<u>Via ECF Only</u>**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re: **New Jersey Second Amendment Society, et al. v. Murphy, et al.**
            **Docket No. 3:20-cv-05228**

Dear Judge Shipp:

    This office represents State Defendants in the above referenced matter. State Defendants' response to the Complaint in this matter is currently due tomorrow, August 28, 2020. Plaintiffs have consented to extend State Defendants' time to respond to the Complaint by fourteen (14) days to September 11, 2020 to allow for continued settlement negotiations.

    Thank you for your continued courtesies in this matter.

                                Respectfully submitted,

                                GURBIR S. GREWAL
                                ATTORNEY GENERAL OF NEW JERSEY

                      By:  /s/ Deborah A. Hay
                                Deborah A. Hay
                                Deputy Attorney General

cc: All Counsel of Record    **(Via ECF)**

