

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Director* |

deborah.hay@law.njoag.gov
NJ Bar ID: 020522011

September 11, 2020

**Via ECF only**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   **Re:** **New Jersey Second Amendment Society, et al. v. Murphy, et al.**
      **Docket No. 3:20-cv-05228**

Dear Judge Shipp:

  This Office represents State Defendants in this matter. State Defendants are writing to request a one week extension of their time to answer, move or otherwise respond to the Complaint until September 18, 2020. This request is made with Plaintiffs' consent. The parties are continuing to negotiate and will notify the Court if the matter is settled next week before the Answer is due.

  Thank you for your consideration and continued courtesies in this matter.

           Sincerely,

           **GURBIR S. GREWAL**
           **ATTORNEY GENERAL OF NEW JERSEY**

        By: */s/ Deborah A. Hay*_____
          Deborah A. Hay, Deputy Attorney General

cc. Thomas J. Cafferty, Esq. (via ECF)
   Albert J. Rescinio, Esq. (via ECF)

