

## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

deborah.hay@law.njoag.gov
NJ Bar ID: 020522011

September 17, 2020

**Via ECF only**
Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   Re: **New Jersey Second Amendment Society, et al. v. Murphy, et al.**
      **Docket No. 3:20-cv-05228**

Dear Judge Shipp:

  This Office represents State Defendants in this matter. State Defendants are writing to inform the Court that Plaintiffs and State Defendants have reached a settlement agreement. As settlement paperwork is being processed at this time, State Defendants do not intend to file an Answer tomorrow.

  Thank you for your continued courtesies in this matter.

          Sincerely,

          **GURBIR S. GREWAL**
          **ATTORNEY GENERAL OF NEW JERSEY**

       By: */s/ Deborah A. Hay*_____
         Deborah A. Hay, Deputy Attorney General

cc. Thomas J. Cafferty, Esq. (via ECF)
  Albert J. Rescinio, Esq. (via ECF)

