# Law Office of Albert J. Rescinio, L.L.C.
### 1500 Allaire Avenue – Suite 101
### Ocean Township, New Jersey 07712
### Telephone:    (732) 531-2005
### Telefax:        (732) 531-8009

June 9, 2021

**Via ECMF:**
**Honorable Michael A. Shipp, U.S.D.J.**
**United States District Court - District of New Jersey**
**Court Room 5W**
**Clarkson Fisher United States Court House**
**402 East State Street**
**Trenton, New Jersey   08625**
   *Attn:  Gina Hernandez, Courtroom Deputy*

**Via ECMF:**
**Thomas J. Cafferty, Esq.**
**GIBBONS P.C.**
 **One Gateway Center**
**Newark, New Jersey 07102**

   RE:  *New Jersey Second Amendment Society et al v. New Jersey Press Association, et al.*
   Civil Action No. 3:20-cv-0228-MAS-ZNQ

**Dear Judge Shipp and Mr. Cafferty:**

   I hereby enclose and separately file page 12 to the plaintiffs' First Amended Complaint which apparently did not scan and file on February 16, 2021.  I was previously unaware of this.
   Thank you very much.

   **Respectfully submitted,**
   s/*Albert Rescinio*

   **ALBERT J. RESCINIO, ESQ.**

**AJR:ms**
**enclosure**