UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW JERSEY PRESS ASSOCIATION *et al.*, <br><br> Defendants. | Civil Action No. 20-5228 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court on Defendants New Jersey Press Association (the "Press Association") and Peggy Stephan Arbitell's Motion to Dismiss Plaintiffs New Jersey Second Amendment Society and Alexander Roubian's Amended Complaint. (ECF No. 55.) Plaintiffs opposed (ECF No. 59), and Defendants replied (ECF No. 62). The Court has carefully considered the parties' submissions and decides the motion without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this 15th day of October 2021, **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No.55) is **GRANTED**.

2. Plaintiffs' First and Fourteenth Amendment claims concerning membership in the Press Association are **DISMISSED** with prejudice.

3. Plaintiffs' First Amendment retaliation claim concerning access to Governor Murphy's Coronavirus Taskforce press briefings is **DISMISSED** with prejudice.

4. Plaintiffs' Fourteenth Amendment substantive due process claim is **DISMISSED** with prejudice.

5. Plaintiffs' First Amendment right-to-access claim and Fourteenth Amendment procedural due process claim concerning access to Governor Murphy's Coronavirus Taskforce press briefings are **DISMISSED** without prejudice.

6. Plaintiffs' First and Fourteenth Amendment claims concerning the 2018 denial of New Jersey Police Press Credentials is **DISMISSED** without prejudice.

7. Plaintiffs may file an Amended Complaint by **November 15, 2021**.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE