# LAW OFFICE OF ALBERT J. RESCINIO, L.L.C.
### 1500 ALLAIRE AVENUE – SUITE 101
### OCEAN TOWNSHIP, NEW JERSEY 07712
### TELEPHONE:   (732) 531-2005
### TELEFAX:   (732) 531-8009

November 3, 2021

Honorable Michael A. Shipp. U.S.D.J.
United States District Court
District of New Jersey
Clarkson Fisher United States Court House
402 East State Street
Trenton, New Jersey  08625

RE:   *New Jersey Second Amendment Society, et al v. New Jersey Press Association, et al.*
   Civil Action No. 20-5228 (MAS0 (LGH)

Dear Judge Shipp:

   On October 15, 2021 the Court entered a Memorandum Opinion (ECF Document 63) and Order (ECF Document 64) dismissing the plaintiffs' complaint without prejudice and giving plaintiff until November 15, 2021 to file an Amended Complaint. *See* Order at page 2, paragraph 7.
   I was recently suddenly hospitalized with an unexpected infection in my shoulder that required immediate emergency surgery, an extensive hospital stay, and now rehabilitation. The doctor has directed that I not returned to work until *at least* November 19, 2021. *See* letter enclosed. In light of this I would ask that the Court extend the time frame in paragraph seven of the October 15, 2021 Order from November 15, 2021 for a period of 60 days. While my staff can do certain things with me providing periodic instructions remotely via telephone, the drafting of this Amended Complaint is something that a secretary or paralegal cannot do and my secretary is out on medical leave for her own shoulder surgery. I must do this work myself, and at the moment I am literally physically temporarily unable to do so and the earliest I will be back to work will not be until November 19, 2021, four days after the deadline. Moreover, my doctor informs me that he will likely extend the time frame beyond November 19, 2021 before I can return to work.
   Please advise at your earliest whether this request is granted or whether I have to have a formal motion prepared and filed.

   Respectfully submitted,
   */s/ Albert J. Rescinio*
   ALBERT J. RESCINIO, ESQ.

AJR:ms
enclosure
(DICTATED)



**Seaview Orthopaedic & Medical Associates**

Central Fax: 732-660-6201
Website: www.seaviewortho.com

Seaview Pavilion
1200 Eagle Avenue
Suite 100
Ocean, NJ 07712
Ph: 732-660-6200

Clearbrook Commons
294 Applegarth Road
Suite C
Monroe, NJ 08831
Ph: 609-495-1888

Brick Medical Arts Building
1640 Route 88 West
Suite 101 & 203
Brick, NJ 08724
Ph: 732-458-7866

Atlantic Commons
500 Barnegat Blvd North
Building 200
Barnegat, NJ 08005
Ph: 609-488-3988

Patriot's Park
222 Schanck Road
Suite 105 & 300
Freehold, NJ 07728
Ph: 732-462-1700

Holmdel Corp Plaza
2139 Route 35 North
Suite 140
Holmdel, NJ 07753
Ph: 732-897-4800

Date: __11/1/2021__

To Whom It May Concern:

Patient, <u>Albert J Rescinio</u>, was seen in my office today for treatment.

☒ This patient will need to be excused from work until 11/19/2021. If there are any questions, please contact 732-660-6200.

Yours very truly,

Richard Borgatti