Law Offices of Albert J. Rescinio, L.L.C.
1500 Allaire Avenue - Suite 101
Ocean Township, New Jersey 07712
Telephone:   (732) 531-2005
Telefax:     (732) 531-8009
By:    Albert J. Rescinio, Esq. (ID#034331989)
Attorneys for Plaintiffs New Jersey Second Amendment Society and Alexander Roubian

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **New Jersey Second Amendment Society and Alexander Roubian,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**New Jersey Press Association ("NJPA") and Peggy Stephan Arbitell,**<br><br>*Defendants.* | Civil Action No. 3:20-cv-05228 (MAS) (ZNQ)<br><br><br><br><u>*Civil Action:*</u> |

Notice of Appeal to the United States Court of Appeals for the Third Circuit

TO:    *Via ECMF*:
       William T. Walsh, Clerk
       Office of the Clerk of the Court
       United States District Court
       District of New Jersey – Trenton Vicinage
       Clarkson Fisher United States Court House
       401 East State Street
       Trenton, New Jersey  08608

SIR:
       **NOTICE IS HEREBY GIVEN** that plaintiffs New Jersey Second Amendment Society and Alexander Roubian hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court, District of New Jersey, Trenton Vicinage,

1

entered in this action on September 26, 2022 and filed with the Clerk of the Court on September 27, 2022 (copy attached).

Dated: October 14, 2022

Albert J. Rescinio, Esq.
Attorney for Plaintiffs
New Jersey Second Amendment Society
and Alexander Roubian

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW JERSEY PRESS ASSOCIATION, et al., <br><br> Defendants. | Civil Action No. 20-5228 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court on Defendants New Jersey Press Association ("NJPA") and Peggy Arbitell's ("Arbitell" and together with NJPA, "Defendants") Motion to Dismiss Plaintiffs New Jersey Second Amendment Society (the "Society") and Alexander Roubian's ("Roubian" and together with the Society, "Plaintiffs") Second Amended Complaint with Prejudice. (ECF No. 72.) Plaintiffs opposed (ECF No. 78), and Defendants replied (ECF No. 82). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 26th day of September, 2022 **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 72) is **GRANTED** with prejudice.
2. The Second Amended Complaint is **DISMISSED**.
3. The Clerk of the Court is directed to close the case.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE